UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KOBY,

              Plaintiff,

     -v.-

METRO-NORTH COMMUTER RAILROAD COMPANY,

              Defendant.

20 Civ. 4171 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The conference in this matter scheduled for June 9, 2021, at 10:00 a.m. shall proceed by telephone. At the specified date and time, the parties shall call (888) 363-4749 and enter access code 5123533#. Please note, the conference line will not be available before 10:00 a.m.

    SO ORDERED.

Dated:    May 26, 2021
             New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge